UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL ALLEN DOLAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 2:24-cv-2005-CSK<br><br>ORDER GRANTING IFP AND DIRECTING SERVICE<br><br>(ECF No. 2) |

　　　　This case was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Eastern District of California Local Rule 302(c)(15) and Appx. A subsection (j). Plaintiff Mitchell Allen Dolan requests leave to proceed in forma pauperis ("IFP") without prepayment of the filing fee under 28 U.S.C. § 1915. (ECF No. 2.)

　　　　Plaintiff's affidavit demonstrates an inability to prepay fees and costs or give security for them, and so is GRANTED. The Clerk of Court is directed to issue:  (i) a summons for this case pursuant to Rule 3 of the Supplemental Rules for Social Security

/ / /

/ / /

/ / /

/ / /

1 actions; (ii) the undersigned's scheduling order for Social Security cases; and (iii) the
2 court's order regarding consent to the jurisdiction of a magistrate judge.

Dated:  July 24, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, dola.2005