PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET BRANICK-ABILLA (CABN 223600)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL ALLEN DOLAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Civil No. 2:24-cv-02005-CSK<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 50 days, from November 19, 2024 to January 7, 2025, for the Commissioner to file his Cross-Motion for Summary Judgment. Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

　　　This is the Commissioner's first request for an extension of time.  Plaintiff does not oppose the requested extension.

　　　The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension.  Due to ongoing staffing fluctuations and organizational changes

counsel for the Commissioner has been tasked with additional duties including serving as a jurisdictional coordinator, reviewing other attorneys' work, training and mentoring new attorneys, and handling more cases, including the instant case, which was just reassigned to her.  Counsel for the Commissioner was also out of the office for the past two weeks, and November 12, 2024 was her first day back.  As a result, and despite diligent efforts to manage her workload, counsel for the Commissioner needs an extension in the instant case to review the administrative record, consider the issues that Plaintiff has raised, confer with her client as necessary, and prepare the Commissioner's Cross-Motion.

Respectfully submitted,

Dated: November 12, 2024         PIERRE PIERRE LAW, P.C.

By: */s/ Nikhil Agharkar*\*
NIKHIL AGHARKAR
Attorneys for Plaintiff
[*As authorized by e-mail by Eddy Pierre Pierre, Esq. on Nov. 12, 2024]

Dated: November 14, 2024         PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:    */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that the Commissioner's Cross-Motion for Summary Judgment shall be due on January 7, 2025 and Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

DATED:  November 14, 2024

HON. CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, dola.2005